UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHELSEA BRYANT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:24-CV-00071-TAV |
| | ) JURY TRIAL DEMANDED |
| CHATTANOOGA HOUSING AUTHORITY, | ) |
| Defendant. | ) |

## DEFENDANT CHATTANOOGA HOUSING AUTHORITY'S RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Defendant Chattanooga Housing Authority ("CHA"), pursuant to Federal Rule of Civil Procedure 65, hereby responds to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 8).

Plaintiff's Motion should be denied as moot because the parties have reached an agreement to maintain the status quo of this case. As set out in the Affidavit of Xander Assadnia, Esq., filed herewith, the parties have agreed that CHA will not terminate Plaintiff's participation in, and benefits under, the Housing Choice Voucher program until a dispositive order is entered by this Court. This agreement is expressly conditioned on Plaintiff's compliance with all applicable housing rules and regulations during the pendency of the case, including Plaintiff's payment of her allocated portion of ongoing rent. Because this agreement maintains the status quo until this Court has entered a dispositive order, the Motion should be denied as moot.

Respectfully submitted April 17, 2024.

**MILLER & MARTIN PLLC**

/s/ Larry L. Cash
Larry L. Cash (BPR #009386)
larry.cash@millermartin.com
832 Georgia Avenue, Suite 1200
Chattanooga, TN 37402-2289
Telephone: (423) 756-6600

*Attorneys for the Chattanooga Housing Authority*

## CERTIFICATE OF SERVICE

      I hereby certify that on **April 17, 2024,** a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      **MILLER & MARTIN PLLC**

      By: /s/ Larry L. Cash
       Larry L. Cash (BPR #009386)
       larry.cash@millermartin.com
       832 Georgia Avenue, Suite 1200
       Chattanooga, TN 37402-2289
       Telephone: (423) 756-6600

      ***Attorneys for the Chattanooga Housing Authority***