UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHELSEA BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 1:24-CV-00071 |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| CHATTANOOGA HOUSING AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF XANDER ASSADNIA, ESQ.

Xander Assadnia, Esq., having been duly sworn, states:

1. I am over the age of 18, and as one of the lawyers for Defendant Chattanooga Housing Authority, I have personal knowledge of the facts stated herein.

2. Plaintiff filed the Motion for Temporary Restraining Order and Preliminary Injunction on March 4, 2024.

3. As of the date of signing, Defendant has not been formally served with the Motion.

4. On April 9, 2024, the Court requested counsel for the parties to notify the Court of whether a hearing on the Motion would be necessary.

5. As counsel for the parties had already discussed a potential agreement to maintain the status quo during this case, counsel requested permission to confer on the Motion, and the Court granted that permission.

6. On April 11, 2024 and April 12, 2024, I attempted to contact Anne Boatner, counsel for Plaintiff, via telephone to discuss the previously discussed agreement and whether the parties could save the expense of substantively litigating the motion and a hearing.

7. On April 12, 2024, I conferred with Ms. Boatner via email, and the parties reached an agreement that would maintain the status quo during the pendency of this case.

8. Specifically, Defendant has agreed not to terminate Plaintiff's participation in the Housing Choice Voucher program until this Court enters a dispositive order in this case, expressly subject to Plaintiff maintaining compliance with all applicable housing rules and regulations during this case's pendency. These obligations include, but are not limited to, Plaintiff's continued payments of her allocated portion of rental obligations during the pendency of the case.

9. This agreement will maintain the status quo during the pendency of this matter, which is the same relief sought by the Motion. As a result, the Motion is moot, and a hearing on the Motion would expend unnecessary time and judicial resources.

FURTHER THIS AFFIANT SAYETH NOT.

_____
Xander Assadnia

Sworn to and subscribed before me this 17th day of April, 2024.

_____
NOTARY PUBLIC

My Commission expires: 1-11-26